# United States District Court
## Violation Notice

| | | |
|---|---|---|
| Violation Number | Officer Name (Print) | Officer No. |
| 6432774 | R. Lloyd | 325 |

CS40

6432774

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 12/28/2018 1315
Offense Charged: ☑ CFR ☐ USC ☐ State Code
43 CFR 8365.1-4
(a)(2)

Place of Offense: Gecko Road ISGRA

Offense Description: Factual Basis for Charge — HAZMAT ☐
Possession of a controlled substance

### DEFENDANT INFORMATION

Last Name: Kelly
First Name: Kristopher
M.I.: J

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 95863A1 | CA | 05 | Chevy | | Wh |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☑ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 500.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 530.00 Total Collateral Due

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date (mm/dd/yyyy):
Time (hh:mm):

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

(Rev. 09/2015) Original - CVB Copy

---

(For issuance of an arrest warrant or summons)

I state that on December 28, 2018 while exercising my duties as a law enforcement officer in the Southern District of California

See attached

The foregoing statement is based upon:
☑ my personal observation
☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 12/28/2018    [signature]
Date (mm/dd/yyyy)    Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 01/18/2019 13:53